UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN BALL, #20190001029, | |
| Plaintiff, | CIVIL ACTION NO. 3:21-cv-00333 |
| v. | (SAPORITO, M.J.) |
| STATE TROOPER-OFFICER MARK A. KIRBY, | |
| Defendant. | |

## ORDER

AND NOW, this 16th day of April, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's *in forma pauperis* status in this action is **REVOKED**;

2. Our Order of February 25, 2021 (Doc. 12), which granted the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 8), is **VACATED**;

3. The summons issued by the Clerk on March 19, 2021 (Doc. 19) is **WITHDRAWN**; and

4. The plaintiff is **ORDERED** to pay the applicable $402 filing and administrative fees in full **within thirty (30) days** of the date of

- 2 -

this Order or the dismissal of this action will be recommended.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge